LAWRENCE J. GORNICK (SBN 136290)
DENNIS J. CANTY (SBN 207978)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone:  415-646-7160
Facsimile:  415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.<br><br>    Defendants. | CASE NO. C 06 1288 MMC<br><br>ORDER DISMISSING THE ENTIRE ACTION WITHOUT PREJUDICE |

Pursuant to Plaintiff's motion and the Order filed July 20, 2006 in the _Harkins v. AstraZeneca Pharmaceuticals, L.P.,_ et al. Case No. C 05 0566 MMC, the captioned action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 26, 2006

_[signature]_
The Honorable Maxine M. Chesney
United States District Court Judge

- 1 -